# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MAIGA HRALIMA,

    *Petitioner*,

vs.

ISIDRO BACA, *et al.,*

    *Respondents.*

3:14-cv-00005-LRH-WGC

ORDER

    This habeas action comes before the Court for initial review of the petition under Rule 4 of the Rules Governing Section 2254 Cases. The filing fee has been paid.

    Under Local Rule LSR 3-1, petitioner must file the petition on the Court's required § 2254 petition form. In the present case, petitioner used only the signature page from the petition form. His petition otherwise is an entirely handwritten petition.

    The instructions on the petition form additionally require that petitioner attach copies of all state court decisions regarding the conviction and sentence. Petitioner attached, *inter alia*, selected apparent state court record excerpts, but he did not attach copies of the state court decisions regarding his conviction and sentence.

    IT THEREFORE IS ORDERED that, within **thirty (30) days** of entry of this order, petitioner shall file an amended petition on the Court's required § 2254 petition form.

    IT FURTHER IS ORDERED that petitioner shall clearly title the amended petition as an amended petition by placing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus" on page 1 in the caption and shall place the docket number, **3:14-cv-00005-LRH-WGC**, above

1  the word "AMENDED."  Under Local Rule LR 15-1, the amended petition must be complete in itself
2  without reference to previously filed papers.  Thus, the claims and allegations that are stated in the
3  amended petition will be the only matters remaining before the Court.  Any claims or allegations that
4  are left out of the amended petition or that are not re-alleged therein no longer will be before the Court.
5       IT FURTHER IS ORDERED that petitioner shall attach with the amended petition copies of all
6  written state court decisions regarding his conviction and sentence.
7       The Clerk of Court shall send petitioner two copies of a noncapital § 2254 petition form with
8  one copy of the instructions for the form along with a copy of the original petition that he submitted.
9       This action will be dismissed without further advance notice if petitioner fails to both fully and
10 timely comply with this order.
11      DATED this 14th day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-2-