1

2

3

4

5

6   # UNITED STATES DISTRICT COURT

7   # DISTRICT OF NEVADA

8   MAIGA HRALIMA,

9                                                      3:14-cv-00005-LRH-WGC
        *Petitioner*,
10
    vs.                                                ORDER
11

12  ISIDRO BACA, *et al.,*

13      *Respondents*.

14

15      This habeas matter under 28 U.S.C. § 2254 comes before the Court on petitioner's motion (#4)

16  for leave to file a longer petition and for initial review under Rule 4 of the Rules Governing Section

17  2254 Cases.  The filing fee has been paid.

18                                      *Background*

19      Petitioner Maiga Hralima seeks to set aside his 2003 Nevada state conviction, pursuant to a

20  guilty plea, of attempted murder with the use of a deadly weapon, in No. CR 02-1574 in the state district

21  court.

22      On May 13, 2009, this Court denied petitioner's prior petition in No. 3:08-cv-00214-ECR-RAM

23  as untimely.  The Court of Appeals denied a certificate of appealability on May 24, 2010, in No. 09-

24  16249 in that court.

25      Since that time, this Court has rejected two actions by petitioner seeking to pursue a second or

26  successive proceeding in the district court.  The Court of Appeals further has denied petitioner

27  permission to pursue a second or successive petition four times, over and above denying relief with

28  respect to the two district court dismissals.

1    This Court dismissed the petition in No. 3:09-cv-00722-RCJ-RAM as successive by an order

2    and judgment entered on March 10, 2010.  The Court of Appeals denied a certificate of appealability

3    on May 24, 2010, in No. 10-15770 in that court.

4    The Court dismissed the proceeding in No. 3:13-00088-MMD-VPC as successive by an order

5    and judgment entered on June 17, 2013.  The Court of Appeals thereafter dismissed petitioner's appeal

6    and denied writ relief, in Nos. 13-17117 and 13-72520 respectively in that court.

7    The Court of Appeals further has denied petitioner permission to pursue a second or successive

8    petition in the following proceedings in that court on the following dates:

9               12-73214       11-08-2012

10              12-70393       04-09-2012

11              11-73379       01-10-2012

12              11-72387       10-19-2011

13   The Court further notes in passing that the Court dismissed petitioner's effort to challenge his

14   conviction in a civil rights action in No. 3:09-cv-00708-ECR-RAM as *Heck*-barred, and the Court of

15   Appeals affirmed in No. 10-15863 in that court.

16   Review of the state district court's online docket record confirms that an amended judgment of

17   conviction has not been filed therein since the dismissal of No. 3:08-cv-00214-ECR-RAM as untimely.

18   Moreover, review of the Ninth Circuit's online docket records confirms that petitioner has not

19   been granted permission to pursue a second or successive petition in any other proceeding.

20                                           ***Discussion***

21   Under 28 U.S.C. § 2244(b)(1) & (2), a claim in a "second or successive petition under section

22   2254" must be dismissed if it was presented in a prior petition; and, if the claim was not presented in

23   the prior petition, it may be considered only in the circumstances delineated in § 2244(b)(2).  Under 28

24   U.S.C. § 2244(b)(3)(A), before a second or successive petition is filed in the district court, the applicant

25   must move in the Court of Appeals for an order authorizing the district court to consider the petition.

26   If an earlier federal petition is dismissed as untimely, any subsequent petition challenging the same

27   judgment of conviction or sentence will constitute a second or successive petition.  *See, e.g., McNabb*

28   *v. Yates*, 576 F.3d 1028 (9th Cir. 2009)

1    Further proceedings herein prior to a dismissal of the petition, as amended, as successive would

2    be futile and an imprudent application of limited judicial resources.  The Court reaches the same

3    conclusion with respect to transfer of the petition to the Court of Appeals rather than dismissal.

4    The Court further finds that designating petitioner as a restricted filer on the docket of this

5    particular action is warranted to avoid further frivolous usurpation of limited judicial resources.  The

6    Court will direct the Clerk to return any further filings herein other than a notice of appeal from this

7    order.

8    IT THEREFORE IS ORDERED that petitioner's motion (#4) for leave to file a longer petition

9    is GRANTED, subject to the remaining provisions of this order, and that the Clerk of Court shall file

10   the amended petition submitted with the motion.

11   IT FURTHER IS ORDERED that the petition, as amended, shall be DISMISSED without

12   prejudice as a successive petition.

13   IT FURTHER IS ORDERED that a certificate of appealability (COA) is DENIED and that the

14   Clerk shall clearly reflect on the docket the denial of a COA by this order.  Jurists of reason would not

15   find the district court's dismissal of the petition as successive to be debatable or wrong.  Prior efforts

16   by petitioner to pursue a successive proceeding have been rejected twice in the district court and a total

17   of six times by the Court of Appeals, including in reviewing the prior two district court dismissals.

18   IT FURTHER IS ORDERED that the Clerk shall designate petitioner a restricted filer on the

19   docket sheet for this action and shall return any further papers submitted by petitioner for filing in this

20   action other than a notice of appeal from this order.

21   The Clerk of Court shall enter final judgment accordingly, dismissing this action without

22   prejudice.

23   DATED this 2nd day of June, 2014.

24

25   _____

26   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

27

28

-3-